FILED RECEIVED LODGED
OCT 20 2006
BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ROSE CAYTON,<br><br>Defendant. | NO. CR05-5883RBL<br><br>ORDER OF FORFEITURE |

WHEREAS, on March 1, 2006, the Defendant, MELISSA ROSE CAYTON, entered into a Plea Agreement with the United States in which the Defendant entered a guilty plea to the offense charged in Count 1 of the Indictment, Conspiracy to Commit Visa Fraud in violation of Title 18, United States Code, Sections 371 and 1546(a), and further agreed to forfeit to the United States Two Thousand Five Hundred dollars ($2,500.00) as property that was used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the charged offense, and any property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as the result of such offense, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

ORDER OF FORFEITURE - 1
CR05-5883RBL - U.S. v. MELISSA ROSE CAYTON

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND
2 DECREED that the Defendant shall forfeit to the United States a money judgment in
3 the sum of Two Thousand Five Hundred Dollars ($2,500.00) pursuant to Title 18,
4 United States Code, Section 982(a)(6)(A), and Title 21, United States Code,
5 Section 853. *To be paid in equal installments of $100.00 over twenty-five months. No interest on the debt.* RBL
6     IT IS FURTHER ORDERED that the United States District Court shall retain
7 jurisdiction in the case for the purpose of enforcing this Order;
8     IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of
9 Forfeiture shall become final as to the defendant at the time of sentencing, or before
10 sentencing if the defendant consents, and shall be made part of the sentence and
11 included in the judgment;
12     IT IS FURTHER ORDERED that the United States may, at any time, move
13 pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having
14 a value not to exceed Two Thousand Five Hundred Dollars ($2,500.00) to satisfy the
15 money judgment in whole or in part; and
16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

ORDER OF FORFEITURE - 2
CR05-5883RBL - U.S. v. MELISSA ROSE CAYTON

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  The Clerk of the Court is directed to send a copy of this Order of Forfeiture to
2  all counsel of record and three (3) "raised sealed" certified copies to the United States
3  Attorney's Office.
4  DATED: This 20 day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MATTHEW H. THOMAS
Assistant United States Attorney

_____ AUSA
LEONIE G.H. GRANT   for
Assistant United States Attorney

_____
RONALD D. NESS
Attorney for Defendant

_____
MELISSA ROSE CAYTON
Defendant

ORDER OF FORFEITURE - 3
CR05-5883RBL - U.S. v. MELISSA ROSE CAYTON

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970